IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 17 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05 - CV - 02183

(To be supplied by the court)

Mario Patraca 1457997, Plaintiff,

v. GOVERNOR BILL OWENS; MAYOR JOHN HICKENLOOPER/City and County of Denver; Unden Sherriff Fred Oliva/Denver City and County Jail/Chief Ron Foos/Mayor Wilson/Sgt Jurnic/Sgt Braun-I Deputy Strong; Deputy Ortiz; Dputy Hammond; Deputy Colburn/Deputy Pitz/Deputy Perez/ Beth Lindroos HSA / Dr. Crum MD, Dr Airsa MD. And Complete Medical Staff of Denver City and County Jail John Doe + Jane Doe 1-100.
Colorado State Board of Nursing Program Director Nancy Smith, PhD, RN, BC, FAANP, Frankie Johnson, Steward Bruno Clemn, Department of Regulatry Agencies/Tambor Williams Division of Registrations Rosemary McCool/ Deputy Lopez Law Library

, Defendant(s).

PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:
U.S.C Prisoner Civil Right 1983/A.D.A Title II/Violation of Civil Right Constitutional Right and Avoiding Constitutional Issues Housing Pre-Tril-Detaines-In Dangerous and Hazardous Enviornments. In the Denver City & County Jails, The Deputies use Tortuaues Tactics.

(Rev. 4/15/02)

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

_____

_____Ø_____

_____

_____

5. Are you in imminent danger of serious physical injury?

   X Yes ___ No (CHECK ONE). If you answered yes, briefly explain your answer:

   No Medical Treatment Retalitory Act From Deputies Living & Housed in Dangerous Enviorment

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  7H24l05
                 (Date)

                                  Mario Patraca
                              (Prisoner's Original Signature)

### Required Certification

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

(Rev. 4/15/02)                             2